IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GERSON CUADRA SOTO,<br><br>Defendant. | 4:26CR3002<br><br>MOTION TO DISMISS<br>CRIMINAL COMPLAINT |

COMES NOW the Plaintiff, United States of America, and pursuant to Fed. R. Crim. P. 48(a), respectfully requests leave to dismiss, without prejudice, the charges filed in the Criminal Complaint, under magistrate case 4:25mj3282; as different charges were included in the Indictment.

UNITED STATES OF AMERICA, Plaintiff

_____
LESLEY A. WOODS
United States Attorney
District of Nebraska
487 Federal Building
100 Centennial Mall North
Lincoln, NE 68508
Tel: (402) 437-5241