IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:26CR3002 |
| vs. | |
| GERSON EMIR CUADRA SOTO, | ORDER OF DISMISSAL |
| Defendant. | |

    This matter is before the Court on Plaintiff's Motion to Dismiss Criminal Complaint pursuant to Fed. R. Crim. P. 48(a). (Filing No. 34.) The Government seeks to dismiss the charges filed in the Criminal Complaint (Filing No. 1; Case No. 4:25MJ3282, Filing No. 1) without prejudice because different charges were alleged in the Indictment (Filing No. 17).

    Upon consideration,

**IT IS ORDERED:**

1. The Motion to Dismiss (Filing No. 34) is granted.
2. The charges set out in the Criminal Complaint (Filing No. 1; Case No. 4:25MJ3282, Filing No. 1) are dismissed without prejudice.

Dated this 25th day of February, 2026.

BY THE COURT:

*Susan M Bazis*
Susan M. Bazis
United States District Judge