IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GERSON CUADRA SOTO, <br><br> Defendant. | 4:26CR3002 <br><br> MOTION TO DISMISS |

COMES NOW the Plaintiff, United States of America, and pursuant to Fed. R. Crim. P. 48(a), respectfully requests leave to dismiss, without prejudice, the Indictment filed herein on the basis of recently received discovery.

UNITED STATES OF AMERICA, Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska
487 Federal Building
100 Centennial Mall North
Lincoln, NE 68508
Tel: (402) 437-5241