IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:26CR3002 |
| vs. | |
| GERSON EMIR CUADRA SOTO, | ORDER OF DISMISSAL |
| Defendant. | |

This matter is before the Court on the Government's Motion to Dismiss (Filing No. 36) the Indictment (Filing No. 17) based on recently received discovery. Pursuant to Fed. R. Crim. P. 48(a), the Indictment will be dismissed without prejudice, as requested by the Government.

**IT IS ORDERED:**

1. The Government's Motion to Dismiss (Filing No. 36) is granted.
2. The Indictment is dismissed without prejudice.

Dated this 4th day of March, 2026.

BY THE COURT:

*Susan M. Bazis*
Susan M. Bazis
United States District Judge